IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                               No. CIV S-09-2083 MCE KJM

    vs.

PATTERSON FUEL ASSOCIATES, LLC,

    Defendant.                           ORDER

_____/

        Plaintiff's motion for default judgment is pending before the court. The proof of summons indicates that a person named Viney Le was served with summons. The agent for service of process listed with the California Secretary of State is Linh Huyn. <u>See</u> Docket no. 1, Exhibit 3. Service is therefore defective and default judgment cannot be entered.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to vacate the entry of default (docket no. 8).

        2. The motion for default judgment (docket no. 9) is denied without prejudice.

DATED: November 24, 2009.

006
johnson-pattersonfuel.def

U.S. MAGISTRATE JUDGE

1